UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Michelle Manzanares. v. Bayer Corporation, et al.* | No. 3:11-cv-20100-DRH-PMF |
| *Michelle Wesner v. Bayer Corporation, et al.* | No. 3:11-cv-20085-DRH-PMF |
| *Caitlynn R. Warren v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10468-DRH-PMF |
| *Inette Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11749-DRH-PMF |
| *Heather Gillespie v. Bayer Corporation, et al.* | No. 3:10-cv-20364-DRH-PMF |
| *Elizabeth Schafer v. Bayer Corporation, et al.* | No. 3:10-cv-11210-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 9, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
          **Deputy Clerk**

Dated:  April 11, 2013

Digitally signed by David R. Herndon
Date: 2013.04.11 12:56:57 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT